226 So.2d 58

**STATE of Louisiana**

**v.**

**Lawrence "Bob" GREEN.**

**No. 50070.**

Sept. 4, 1969.

In re: Lawrence "Bob" Green applying for writs of certiorari, mandamus and prohibition.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

226 So.2d 58

**STATE of Louisiana**

**v.**

**James "Tulu" LEWIS.**

**No. 50071.**

Sept. 4, 1969.

In re: James "Tulu" Lewis applying for writs of certiorari, mandamus and prohibition.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.